UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT MILLER,

    Plaintiff

V.                                                                  3:19-CV-01997-JCH

ZAHEDI, BARBRA,

    Defendants

## JUDGMENT

This matter came on for consideration on the defendants' motion for summary judgment (document 52) before the Honorable Janet C. Hall, Senior United States District Judge.   On May 26, 2020, the Court dismissed all claims against defendants Lea Pannella, John Doe, Jane Doe 2, and D. Brown.   On July 30, 2020, the Court dismissed all claims against defendant Jane Doe. The Court reviewed all papers filed in conjunction with the motion for summary judgment and on June 23, 2021, entered a ruling granting the relief in favor of the remaining defendants.   It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants, ZAHEDI and BARBRA, and the case is closed.

Dated at New Haven, Connecticut, this 23rd day of June 2021.

                                                     Robin D. Tabora, Clerk

                                                     By:   /s/ Julia Reis
                                                     Deputy Clerk

EOD: <u>6/23/21</u>